# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JONG W. IM, | : | Case No. 22-1-5283-LSS |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE
## FOR DEBTOR'S FAILURE TO COMPLETE PLAN PAYMENTS

Timothy P. Branigan, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 1017(f), requests the Court to dismiss the case inasmuch as the Debtor has failed to timely complete the payments proposed under the plan confirmed by the Court. This case was originally filed on September 27, 2022. The plan as confirmed requires gross funding of $17,280.00 within 36 months. The failure to complete the plan constitutes cause for dismissal, has resulted in an unreasonable delay by the Debtor that is prejudicial to creditors, and represents a material default with respect to the terms of the plan. A copy of the receipts journal for the case is attached hereto and made a part hereof.

WHEREFORE, the Trustee prays that the Court dismiss the case.

Respectfully submitted,

November 12, 2025

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

**NOTICE OF OPPORTUNITY TO REQUEST A HEARING
TO THE DEBTOR(S) AND DEBTOR(S)'S ATTORNEY OF RECORD**

**PLEASE TAKE NOTICE** that the Chapter 13 case will be closed unless, not later than December 8, 2025 there is filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, and a copy served on the Trustee, a pleading responding to the Trustee's Motion to Dismiss Chapter 13 Case that controverts the motion or explains why the case should not be dismissed, together with a request for a hearing on the motion.

**PLEASE TAKE FURTHER NOTICE** that the case may be voluntarily converted to a case under Chapter 7 upon the Debtor(s)'s motion. A motion to convert the case to a case under Chapter 7 must be filed not later than December 8, 2025 with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, together with a necessary $25.00 filing fee.

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Daniel M. Press, Esq.

I caused a copy of the foregoing to be sent on November 12, 2025 by first-class U.S. mail, postage prepaid to:

Jong W. Im
14131 Honey Hill Court
Centreville, VA  20121

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)