# Case Overview

Case No. 22-1-5283  
ACTIVE  
JONG W IM

Tuesday, November 4, 2025  
8:25 am  
User: woodburn

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---:|
| Nov 01, 2022 | 102 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Nov 21, 2022 | 104 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Dec 21, 2022 | 106 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Feb 21, 2023 | 110 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Mar 30, 2023 | 121 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Apr 13, 2023 | 121 | INSUFFICIENT/STOP PAY | -480.00 |
| May 02, 2023 | 442287450 | CASHIER'S CHECK FROM DEBTOR | 480.00 |
| May 19, 2023 | S AND S PROPERT | EMPLOYER PAYROLL DEDUCTION CHECK | 240.00 |
| May 30, 2023 | 19534536667 | MONEY ORDER FROM DEBTOR | 480.00 |
| Jun 29, 2023 | 19523214386 | MONEY ORDER FROM DEBTOR | 480.00 |
| Jul 25, 2023 | 19539063396 | MONEY ORDER FROM DEBTOR | 480.00 |
| Aug 29, 2023 | 19539063584 | MONEY ORDER FROM DEBTOR | 480.00 |
| Oct 02, 2023 | 19572721366 | MONEY ORDER FROM DEBTOR | 480.00 |
| Oct 18, 2023 | S AND S PROPERT | EMPLOYER PAYROLL DEDUCTION CHECK | 240.00 |
| Oct 24, 2023 | 19483898624 | MONEY ORDER FROM DEBTOR | 20.00 |
| Oct 24, 2023 | 19483898620 | MONEY ORDER FROM DEBTOR | 460.00 |
| Nov 01, 2023 | S AND S PROPERT | EMPLOYER PAYROLL DEDUCTION CHECK | 240.00 |
| Nov 07, 2023 | 442452892 | CASHIER'S CHECK FROM DEBTOR | 1,440.00 |
| Dec 08, 2023 | 119 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Jan 04, 2024 | 120 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Feb 02, 2024 | 123 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Mar 07, 2024 | 125 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Apr 23, 2024 | 126 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Apr 30, 2024 | S AND S PROPERT | EMPLOYER PAYROLL DEDUCTION CHECK | 240.00 |
| Jun 28, 2024 | 127 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Jul 22, 2024 | 127 | INSUFFICIENT/STOP PAY | -480.00 |
| Sep 10, 2024 | 19659805097 | MONEY ORDER FROM DEBTOR | 480.00 |
| Oct 01, 2024 | 132 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Oct 23, 2024 | 135 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Nov 19, 2024 | 137 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Mar 03, 2025 | 103 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Apr 04, 2025 | 107 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Apr 23, 2025 | 108 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Jun 06, 2025 | 111 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Aug 05, 2025 | 112 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| Oct 09, 2025 | 114 | PERSONAL CHECK FROM DEBTOR | 480.00 |
| | | **TOTAL RECEIPTS** | **14,880.00** |