UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

---------------------------------------------------------------X
In re:                                            :    Chapter 13
                                                  :
Jong Wook Im                                      :    Case No.  22−15283 LSS
                                                  :
       **Debtor.**                                :
                                                  :
---------------------------------------------------------------X

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

NOW COMES Jong Wook Im, Debtor (the "Debtor"), through counsel, responds as follows to the Trustee's Motion to Dismiss:

The Debtor had believed he was current on payments, and had not realized that a few payments were returned or otherwise not applied.  The Debtor has subsequently submitted payment for the $2400 shortfall to the Trustee to bring his plan fully current, and to in fact complete the plan.

WHEREFORE, Debtor respectfully requests that the Motion be denied, and that the Trustee issue a Notice of Completion. Debtor requests a hearing if the Trustee proceeds with the motion.

Dated:   December 3, 2025.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fa
 dpress@chung-press.com

CERTIFICATE OF SERVICE

      This is to certify that on this 3rd day of December, 2025, I caused the foregoing Response to be served upon the following by CM/ECF:

Randa Azzam logsecf@logs.com

Timothy P. Branigan cmecf@chapter13maryland.com

Jeffrey D. Goldstein jeff@rockvillelaw.com, mahlet@momentumlawyers.com

Mark David Meyer bankruptcy@rosenberg-assoc.com

                                                        /s/ Daniel M. Press
                                                           Daniel M. Press