UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| **JONG W. IM,** : | Case No. 22-1-5283-LSS |
| : | **Chapter 13** |
| **Debtor.** : | |
| : | |

## PRAECIPE

Please withdraw the Trustee's Motion to Dismiss Chapter 13 Case for Debtor's Failure to Complete Plan Payments filed on November 12, 2025.

Respectfully submitted,

December 11, 2025

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

### Certificate of Service

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Daniel M. Press, Esq.

I caused a copy of the pleading above to be sent on December 12, 2025 by first-class U.S. mail, postage prepaid to:

Jong W. Im
14131 Honey Hill Court
Centreville, VA  20121

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)