IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

```
-------------------------------------------------------------X
In re:                                          :    Chapter 13
                                                :
Jong Wook Im                                    :    Case No. 22−15283 LSS
                                                :
         Debtors.                               :
                                                :
-------------------------------------------------------------X
```

### DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE

The Chapter 13 trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge. I declare under penalty of perjury to the following: *(Complete all sections and provide all required information.)*

1. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523(a)(2) or (a)(4) or a claim that was affirmed under 11 U.S.C. § 524(c): provide name, address, and telephone number of each such creditor)

   Name: _____
   Address: _____
   _____

   Telephone Number: _____

   Name: _____
   Address: _____
   _____

   Telephone Number: _____

   Name: _____
   Address: _____
   _____

   Telephone Number: _____

2. I have not received a discharge in a Chapter 7, 11, or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 bankruptcy case.

3. I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy case.

LBF-P v.2024

4.     I did not claim any exemptions in any property (real or personal) in excess of the applicable amounts set forth in 11 U.S.C. § 522(p) and § 522(q).

5.     There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

6.     COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. § 1328(g)(1)

*[Complete one of the following statements]*

☒ I certify that I completed an instructional course in personal financial management provided by **Allen Credit & Debt Counseling Agency**, an approved personal financial management instruction provider.

*[Check the appropriate box]*

☒ A certificate of completion of the personal financial management course was previously filed with the Court.

OR

☐ A certificate of completion of the personal financial management instruction course is attached.

OR

☐ I certify that no personal financial management course is required because:

*[Check the appropriate box]*

☐ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4).

OR

☐ I am on active military duty in a military combat zone.

OR

☐ I reside in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the individuals who would otherwise be required to complete such courses.

7.     CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C. § 1328(a)

*[Complete one of the following statements]*

☒ I certify that I am not currently required, nor at any time during the period of this bankruptcy case have been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

OR

☐ I am required by judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A). (This refers to a debt in the nature of alimony, maintenance, or support owed to or recoverable by (i) a spouse, former spouse, or child of the debtor or such child's parent, legal guardian, or responsible relative, or (ii) a governmental unit.) The name, address, and telephone number of each holder of a domestic support obligation is as follows:

Name: _____
Address: _____

Telephone Number: _____

Name: _____
Address: _____

Telephone Number: _____

Name: _____
Address: _____

Telephone Number: _____

*[check the appropriate box]*

☐ I certify that all amounts payable under such order or such statute that are due on or before the date of this affidavit (including amounts due before the petition was filed but only to the extent provided for by the plan) have been paid.

OR

☐ I have executed, and the Court has approved, a written waiver of discharge pursuant to 11 U.S.C. § 1328(a).

8. My current address is: 14131 Honey Hill Ct  
   Centreville VA 20121

9. The name and address of my most recent/current employer is:

   Name: Uber  
   Address: 1515 3rd St  
   San Francisco CA 94158

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further state that I understand that the Court may revoke my discharge if such order of discharge was procured by fraud.

DATE:   12/30/2025                /s/ Jong Wook Im  
                                  (Signature of Debtor)  
                                  Jong Wook Im

NOTICE OF OPPORTUNITY TO OBJECT

Any objections to the accuracy of this affidavit must be filed within fourteen (14) days of the date of service of this affidavit. If no objection is filed, the Court will consider entering a discharge order in this case without further notice or opportunity for a hearing.

CERTIFICATE OF SERVICE

I hereby certify that, on the __30th__ day of _____December_____, 2025_, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Debtor's Affidavit Requesting Discharge will be served electronically by the Court's CM/ECF system on the following:

Randa Azzam logsecf@logs.com

Timothy P. Branigan cmecf@chapter13maryland.com

Jeffrey D. Goldstein jeff@rockvillelaw.com, mahlet@momentumlawyers.com

Mark David Meyer bankruptcy@rosenberg-assoc.com

I hereby further certify that, on the _____ day of _____December_____, 2025_, a copy of the foregoing Debtor's Affidavit Requesting Discharge was also mailed first class mail, postage prepaid, to:

    See attached matrix

                    /s/ Daniel M. Press
                    Debtor's Counsel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-15283<br>District of Maryland<br>Greenbelt<br>Tue Dec 30 20:38:37 EST 2025 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | ARPS LLC<br>c/o Jeffrey D. Goldstein, Esq.<br>9211 Corporate BLVD<br>Suite 350<br>Rockville, MD 20850-9815 |
| Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | Chase<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Comptroller of Maryland<br>80 Calvert St.<br>Annapolis, MD 21401-1907 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Jeffrey D Goldstein<br>Law Office of Jeffrey D.  Goldstein, LLC<br>Suite 350<br>Rockville, MD 20850 | Juliana Navarro<br>8 Dorothy Ln<br>Rockville, MD 20851-1543 | Kris Cathan<br>906 N Ashton St<br>Alexandria, VA 22312-5505 |
| Mr Cooper (Nationstar)<br>PO Box 60516<br>City of Industry, CA 91716-0516 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Soo Hyun Im<br>14131 Honey Hill Ct<br>Centreville, VA 20121-2655 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 |
| Jong Wook Im<br>14131 Honey Hill Ct<br>Centreville, VA 20121-2655 | Kimberly Young<br>CENTURY 21 NEW MILLENNIUM<br>1000 Pennsylvania Ave. SE<br>Washington, DC 20003-2142 | Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Discover<br>PO Box 15316<br>Wilmington, DE 19850 | Nationstar Mortgage LLC<br>P.O. Box 619096 Attn: Bankruptcy Departm<br>Dallas, TX 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ARPS, LLC

End of Label Matrix  
Mailable recipients    23  
Bypassed recipients     1  
Total                  24