United States Bankruptcy Court
District of Maryland

In re:   Case No. 22-15283-LSS
Jong Wook Im   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0   User: admin   Page 1 of 2
Date Rcvd: Jan 21, 2026   Form ID: 3180W   Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jong Wook Im, 14131 Honey Hill Ct, Centreville, VA 20121-2655 |
| r | + | Kimberly Young, CENTURY 21 NEW MILLENNIUM, 1000 Pennsylvania Ave. SE, Washington, DC 20003-2142 |
| 32099386 | + | ARPS LLC, c/o Jeffrey D. Goldstein, Esq., 9211 Corporate BLVD, Suite 350, Rockville, MD 20850-9815 |
| 32099389 | + | Comptroller of Maryland, 80 Calvert St., Annapolis, MD 21401-1907 |
| 32117506 | | Jeffrey D Goldstein, Law Office of Jeffrey D. Goldstein, LLC, Suite 350, Rockville, MD 20850 |
| 32099393 | + | Juliana Navarro, 8 Dorothy Ln, Rockville, MD 20851-1543 |
| 32099394 | + | Kris Cathan, 906 N Ashton St, Alexandria, VA 22312-5505 |
| 32099396 | + | Soo Hyun Im, 14131 Honey Hill Ct, Centreville, VA 20121-2655 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: cmecf@chapter13maryland.com | Jan 21 2026 19:17:00 | Timothy P. Branigan, 9891 Broken Land Parkway, Suite 301, Columbia, MD 21046-3002 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2026 19:17:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 32099387 | + | EDI: BANKAMER2 | Jan 22 2026 00:13:00 | Bank of America, PO Box 15184, Wilmington, DE 19850-5184 |
| 32099400 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 21 2026 19:17:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32099388 | | EDI: JPMORGANCHASE | Jan 22 2026 00:13:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 32099391 | | EDI: DISCOVER | Jan 22 2026 00:13:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 32099390 | | EDI: DISCOVER | Jan 22 2026 00:13:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 32101906 | | EDI: DISCOVER | Jan 22 2026 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 32099392 | + | EDI: IRS.COM | Jan 22 2026 00:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32114558 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 21 2026 19:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32099395 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2026 19:17:00 | Mr Cooper (Nationstar), PO Box 60516, City of Industry, CA 91716-0516 |
| 32141452 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2026 19:17:00 | Nationstar Mortgage LLC, P.O. Box 619096 Attn: Bankruptcy Departm, Dallas, TX 75261-9741 |
| 32099399 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jan 21 2026 19:18:00 | State of Maryland DLLR, Division of |

District/off: 0416-0        User: admin        Page 2 of 2
Date Rcvd: Jan 21, 2026        Form ID: 3180W        Total Noticed: 22

| | | |
|---|---|---|
| 32099401    ^   MEBN | Jan 21 2026 19:15:14 | Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| | | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Jeffrey D. Goldstein | jeff@rockvillelaw.com mahlet@momentumlawyers.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Randa Azzam | logsecf@logs.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 5

Entered: January 21, 2026
Signed:  January 21, 2026

**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

---

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Jong Wook Im** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3707** <br> EIN  __–_____ |
| Debtor 2 (Spouse, if filing) <br> First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court  **District of Maryland** | |
| Case number:  **22–15283 LSS**   Chapter:  **13** | |

---

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jong Wook Im

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**